UNITED STATES v. LAU BUNG FONG, etc.

No. 8499.

Circuit Court of Appeals, Ninth Circuit.

March 22, 1937.

Ingram M. Stainback, U. S. Atty., of Honolulu, T. H.

Ebert J. Botts, of Honolulu, T. H., for appellee.

*No opinion for publication.

Before GARRECHT and HANEY, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of appellant, consented to by appellee, ordered appeal dismissed; that a decree of dismissal be filed and entered; mandate forthwith.